# Exhibit 1

| Name | 2267 | Antioch | Shooting | Shooter | Reinking | "Active Shooter" | "Active Shooter Training" | Safe* | Security | Assault | Security AND assess* | Gun | Weapon | "Mass" AND "shoot" | "back door" | Security AND tie* | Door AND lock | Door AND seal | alarm |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeff Camp | 87 | 18 | 14 | 3 | 0 | 3 | 0 | 135 | 137 | 1 | 14 | 19 | 2 | 0 | 64 | 9 | 63 | 29 | 7 |
| Jeff Wright | 29 | 79 | 996 | 306 | 0 | 160 | 11 | 2855 | 11240 | 396 | 463 | 1052 | 236 | 10 | 182 | 227 | 155 | 10 | 291 |
| John Fervier | 790 | 847 | 1387 | 383 | 0 | 209 | 14 | 5153 | 14257 | 502 | 701 | 904 | 323 | 12 | 42 | 642 | 665 | 568 | 516 |
| Ken Wright | 632 | 430 | 328 | 26 | 0 | 0 | 0 | 2639 | 2081 | 135 | 246 | 862 | 83 | 1 | 271 | 121 | 414 | 148 | 66 |
| Patrick McCullough | 10 | 32 | 1 | 2 | 0 | 0 | 0 | 55 | 124 | 12 | 16 | 16 | 0 | 0 | 19 | 4 | 33 | 13 | 1 |
| Sam Byrd | 172 | 65 | 13 | 0 | 0 | 0 | 0 | 218 | 185 | 12 | 19 | 26 | 1 | 0 | 31 | 9 | 53 | 22 | 5 |
| Tommy Hughes | 98 | 153 | 4 | 1 | 0 | 0 | 0 | 562 | 397 | 32 | 6 | 25 | 3 | 0 | 28 | 3 | 38 | 19 | 3 |
| Walt Ehmer | 242 | 79 | 762 | 116 | 1 | 14 | 1 | 3743 | 2814 | 169 | 202 | 854 | 184 | 11 | 219 | 258 | 467 | 159 | 301 |
| Security Shared Drive | 98 | 270 | | | | | | | | | | | | | | | | | |

Search Results - Document and Email Hit Count: 4-22-2015 to 4-22-2018