UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| SHARITA HENDERSON, | ) |
| --- | --- |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:19-cv-00443 |
| WAFFLE HOUSE, INC., WH CAPITAL, LLC, and MID SOUTH WAFFLES, INC., | ) ) ) |
| Defendants / Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| JEFFREY L. REINKING, | ) ) |
| Third-Party Defendant. | ) |

## AGREED ORDER OF DISMISSAL

It appears to the Court, as evidenced by the signatures of their respective counsel below, that the parties to the above-styled action agree to the dismissal of all claims in this action pursuant to a confidential settlement agreement.

Accordingly, this action is **DISMISSED WITH PREJUDICE** as to Plaintiff Sharita Henderson's claims against Defendants Waffle House, Inc., WH Capital, LLC, and Mid South Waffles, Inc. The claims of Third-Party Plaintiffs Waffle House, Inc., WH Capital, LLC, and Mid South Waffles, Inc. against Third-Party Defendant Jeffrey L. Reinking are **DISMISSED WITHOUT PREJUDICE**. Each party shall bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

**NEAL & HARWELL, PLC**

/s/ Jeffrey A. Zager
Philip N. Elbert, No. 009430
Jeffrey A. Zager, No. 032451
Benjamin C. Aaron, No. 034118
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713
pelbert@nealharwell.com
jzager@nealharwell.com
baaron@nealharwell.com

James S. Higgins, No. 16142
THE HIGGINS FIRM, PLLC
525 4th Avenue South
Nashville, TN 37210
(615) 353-0930
jsh@higginsfirm.com

*Counsel for Sharita Henderson*


**MOORE INGRAM JOHNSON & STEELE, LLP**

/s/ Christian Laycock (w/ permission)
William R. Johnson, No. 19925
Christian Laycock
Travis S. Mayes, No. 034984
326 Roswell Street
Marietta, GA 30060
(770) 429-1499
wrj@mijs.com
chlaycock@mijs.com

Robert L. Barlow, Esq. *(pro hac vice)*
Katherine M. Woodward, Esq. *(pro hac vice)*
John T. Osgood, Esq. *(pro hac vice)*
Kevin S. Taylor, Esq. *(pro hac vice)*
TAYLOR | ANDERSON, LLP
1670 Broadway, Suite 900
Denver, CO 80202
rbarlow@talawfirm.com
kwoodward@talawfirm.com

josgood@talawfirm.com
ktaylor@talawfirm.com

*Counsel for Waffle House, Inc., WH Capital, LLC, and Mid South Waffles, Inc.*


**FEENEY & MURRAY, P.C.**

/s/ John T. Feeney (w/ permission)
John Thomas Feeney, No. 11482
9019 Overlook Blvd., Suite D-4
Brentwood, TN 37027

*Counsel for Jeffrey Reinking*